**No. 59982.**—Air Clearance Ass'n, Inc. v. United States, protest 229438–K (New York).

Opinion by Donlon, J. The protest was dismissed.

MAY 28, 1956

**No. 59983.**—Otto Sales Company v. United States, protest 689715–G.— Plaintiff's application for rehearing granted.

MAY 28, 1956

**No. 59984.**—Suit 4873.—United States v. Gold-Silver & Co.— (Appeal dismissed April 11, 1956.)

BEFORE THE FIRST DIVISION, JUNE 5, 1956

**No. 59985.**—Royal Bead Novelty Co., Inc. v. United States, protest 270522–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of opaque white glass stones of different sizes and shapes, not faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiff was sustained.